UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID SOBEL,

                        Plaintiff,                        19-CV-8290 (PGG) (VF)

       -against-                        **ORDER**

MAJOR ENERGY SERVICE, LLC and SPARK
ENERGY, LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file on the docket a complete copy of the transcript from Plaintiff's October 15, 2021 deposition by no later than **Wednesday, November 29, 2023.**

      SO ORDERED.

DATED:    New York, New York
                 November 22, 2023

                                                                                    VALERIE FIGUEREDO
                                                                                     United States Magistrate Judge