UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID SOBEL,

                        Plaintiff,                              **19-CV-8290 (PGG) (VF)**

        -against-                                      **ORDER**

MAJOR ENERGY SERVICE, LLC and SPARK
ENERGY, LLC,

                             Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Oral argument on Defendants' pending Motion for Summary Judgment (ECF No. 84) is hereby scheduled for **Tuesday, December 12, 2023, at 12:00 p.m.** Counsel for the parties are directed to appear in-person at the scheduled time in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
                 November 28, 2023

                                                      _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge