

Brian Pete<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Brian.Pete@lewisbrisbois.com<br>
Direct: 212.232.1363

January 10, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
500 Pearl Street
New York, New York 10007

  Re: *Sobel v. Major Energy Services, LLC et al.*
     Civil Case No.: 1:19-cv-08290-PGG-VF

Dear Judge Gardephe:

  We represent Defendants in the above-referenced matter. We write, with Plaintiff's consent, to request a 14-day extension of Defendants' time, until January 31, 2024, to file our objections to Magistrate Judge Valerie Figueredo's Report and Recommendations (R&R) regarding Defendants' Motion for Summary Judgment. *See* Dkt. No. 100. Defendants' current deadline to file their Objections to the R&R is January 17, 2024. The 14-day extension is requested due to motion deadlines we have in other matters. Plaintiff consents and also requests for a mutual 14-day extension of their time to respond to Defendants' Objections, until February 28, 2024, to which we consent. The proposed amended deadlines are below.

| **EVENT** | **DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| Service of Defendants' Objections to the R&R | January 17, 2024 | January 31, 2024 |
| Service of Plaintiff's Response to Defendants' Objections to the R&R | February 14, 2024 | February 28, 2024 |

The Honorable Paul G. Gardephe
January 10, 2024
Page 2

We thank the Court for its time and attention to this matter.

Respectfully,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: January 12, 2024